# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-05-4159 |
| UNITED TRANSPORTATION UNION INSURANCE ASSN., | § § § | |
| Defendant. | § | |

## TRANSFER ORDER

By agreement of the parties, for the convenience of the parties and witnesses, and in the interest of justice, it is hereby

**ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Northern District of Ohio pursuant to 28 U.S.C. § 1404(a).

SIGNED at Houston, Texas, this **8th** day of **March, 2006.**

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2005\4159Transfer.wpd   060308.1550